**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DNV INVESTMENT PARTNERSHIP, et al.,

                            Plaintiffs,                  15 **CIVIL** 1255 (PAC)

            -against-                             **JUDGMENT**

LAWRENCE FIELD and PREMIER
NATURAL RESOURCES, LLC,
                        Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 19, 2020, The Court has considered all of the arguments raised by the parties. To the extent not specifically addressed, the arguments are either moot or without merit. Defendants' motion for summary judgment is granted, and Plaintiffs' motion for summary judgment is denied; accordingly, this case is closed.

**Dated:**  New York, New York
          May 20, 2020

                                                    **RUBY J. KRAJICK**
                                                    _____
                                                       **Clerk of Court**
                                      **BY:**
                                                       **Deputy Clerk**